BIERL, APPELLEE, *v.* BGZ ASSOCIATES II, L.L.C., APPELLANT.

[Cite as *Bierl v. BGZ Assocs. II, L.L.C.,* 138
Ohio St.3d 357, 2014-Ohio-1172.]

(No. 2013–0585—Submitted March 12, 2014—Decided March 27, 2014.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Mann v. Northgate Investors, L.L.C.,* 138 Ohio St.3d 175, 2014-Ohio-455, 5 N.E.3d 594.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Patrick T. Murphy, for appellee.

Gallagher, Gams, Pryor, Tallan, & Littrell, L.L.P., and Timothy J. Ryan, for appellant.